Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of HELEN E. GRIEB and HELEN M. GRIEB, Respondents, for Compensation under the Workmen's Compensation Law for the Death of CHARLES J. GRIEB, v. WILLIAM H. HAMMERLE, Employer, and NEW AMSTERDAM CASUALTY COMPANY, Insurance Carrier, Appellant.— Award affirmed. All concurred, except Cochrane, J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by ALFRED FAWCETT, Respondent, v. LANGENBACHER BROTHERS, Employer, and NEW AMSTERDAM CASUALTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JOSEPH CLEMENS, Claimant, Respondent, v. CLEMENS & GRELL, Employer, and THE COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant.— Motion to · dismiss denied. Award reversed and claim dismissed on the authority of Matter of Bowne v. Bowne Co. (221 N. Y. 28). All concurred.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of